# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1143**

**CA 11-01059**

PRESENT: FAHEY, J.P., CARNI, SCONIERS, GORSKI, AND MARTOCHE, JJ.

---

IN THE MATTER OF LIVINGSTON COUNTY,
PETITIONER-APPELLANT,

V                                                                    ORDER

LIVINGSTON COUNTY COALITION OF PATROL SERVICES,
RESPONDENT-RESPONDENT.

---

OSBORN, REED & BURKE, LLP, ROCHESTER (DAVID W. LIPPITT OF COUNSEL),
FOR PETITIONER-APPELLANT.

TREVETT CRISTO SALZER & ANDOLINA P.C., ROCHESTER (LAWRENCE J. ANDOLINA
OF COUNSEL), FOR RESPONDENT-RESPONDENT.

---

Appeal from an order of the Supreme Court, Livingston County
(William P. Polito, J.), entered January 5, 2011 in a proceeding
pursuant to CPLR article 75. The order denied the petition for a stay
of arbitration.

It is hereby ORDERED that the order so appealed from is
unanimously affirmed without costs.

Entered:  November 10, 2011                          Patricia L. Morgan
                                                     Clerk of the Court